IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE ROUNDS,

    Petitioner,                   No. CIV S-09-0396 FCD GGH P

    vs.

MATTHEW CATE, et al.,

    Respondents.                ORDER

_____/

        Petitioner has requested reconsideration of the June 26, 2009, order denying his application to proceed in forma pauperis on appeal. The court denied petitioner's application because it did not contain an affidavit claiming an entitlement to redress nor a statement of the issues he intended to appeal. Fed. R. App. P. 24(a)(1).

        In the request for reconsideration, petitioner states that his notice of appeal contains the information missing from his application to proceed in forma pauperis. Good cause appearing, the court takes judicial notice of petitioner's notice of appeal and finds that his application to proceed in forma pauperis satisfies the requirements of Rule 24(a)(1).

        Accordingly, IT IS HEREBY ORDERED that:

        1. Petitioner's July 6, 2009, motion for reconsideration (no. 18) is granted;

/////

1

2. Petitioner's application to proceed in forma pauperis on appeal is granted.

DATED: August 3, 2009

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

ro396.req